# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 2:17-cr-92 |
| DWAYNE LAMONT TILLMAN, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Dwayne Lamont Tillman, filed on August 25, 2017 (DE #9). No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Dwayne Lamont Tillman, and **FINDS** the Defendant guilty of Count 1 of the Information.

This matter shall be set for sentencing via separate order.

**DATED: September 11, 2017**         /s/ RUDY LOZANO, Judge
                                       **United States District Court**